# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2025

## NO. 03-25-00039-CR

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on December 30, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-25-00038-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00038-CR and dismisses cause number 03-25-00039-CR. The costs will be assessed on the disposition of cause number 03-25-00038-CR.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2025

## NO. 03-25-00040-CR

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## DISMISSED -- OPINION BY JUSTICE KELLY

This is an appeal from the order signed by the trial court on December 30, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-25-00038-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00038-CR and dismisses cause number 03-25-00040-CR. The costs will be assessed on the disposition of cause number 03-25-00038-CR.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2025

## NO. 03-25-00041-CR

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on December 30, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-25-00038-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00038-CR and dismisses cause number 03-25-00041-CR. The costs will be assessed on the disposition of cause number 03-25-00038-CR.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2025

## NO. 03-25-00042-CR

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## DISMISSED -- OPINION BY JUSTICE KELLY

This is an appeal from the order signed by the trial court on December 30, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-25-00038-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00038-CR and dismisses cause number 03-25-00042-CR. The costs will be assessed on the disposition of cause number 03-25-00038-CR.